

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-85,477-04

### EX PARTE JOSE LUIS MENDOZA-SOTO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1236743-C IN THE 183RD DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

**O R D E R**

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of possession of a controlled substance weighing at least 400 grams and sentenced to imprisonment for ten years.

The trial court signed an order designating issues and ordering an affidavit from trial counsel on October 6, 2016. After 180 days from the day the writ application was served on the State, the writ application was forwarded to this Court. TEX. R. APP. P. 73.5.

We remand this application to the 183rd District Court of Harris County to allow the trial

judge to complete an evidentiary investigation and enter findings of fact and conclusions of law. The trial court shall obtain a response from trial counsel responding to Applicant's claim of ineffective assistance of counsel.

This application will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed:          November 6, 2019
Do not publish